**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**AMMARNAZEM ALJONIDI**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **AMMARNAZEM ALJONIDI,**<br>         **Plaintiff,**<br><br>      **v.**<br><br>**Michael O'Malley,**<br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>         **Defendant.**<br>_____/ | No.   2:24-cv-01403-JDP<br><br>**STIPULATION AND ~~[proposed]~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 4, 2024.

   This is a first extension. Plaintiff's counsel is currently working on an opening brief for the Ninth Circuit and has other district court, Appeals Council, and prehearing briefs due in September such that it may not be possible to complete this motion in fewer than these 30 days being requested.

Dated:   September 4, 2024                                    /s/    *Jesse S. Kaplan*
                                                              JESSE S. KAPLAN
                                                              Attorney for Plaintiff


Dated:   September 3, 2024                                     */s/ per e-mail authorization*

                                                              JUSTIN L. MARTIN
                                                              Special Assistant U.S. Attorney
                                                              Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to October 4, 2024.

IT IS SO ORDERED.

Dated:   September 6, 2024                            _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE