1

2

**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

3

4

5

**Attorney for Plaintiff**
**AMMARNAZEM ALJONIDI**

6

7

8

### UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

**-o0O0o-**

11

12

**AMMARNAZEM ALJONIDI,**                               No.    **2:24-cv-01403-JDP(SS)**
                         **Plaintiff,**

13

14

**STIPULATION AND  [proposed]**
**ORDER FOR EXTENSION OF**
**TIME TO FILE PLAINTIFF'S**
**MOTION FOR SUMMARY**
**JUDGMENT**

15

16

     **v.**

17

**Michael O'Malley,**
**COMMISSIONER OF SOCIAL SECURITY,**

18

19

                **Defendant.**
_____/

20

21

     IT IS HEREBY STIPULATED by and between the parties, through their respective

22

undersigned attorneys, and with the permission of the court that plaintiff's time to file a motion

23

for summary judgment is extended on more week, to October 11, 2024.

24

     This is a second extension, of an additional week. Counsel filed another opening brief in

25

26

a Social Security case three days ago and has oral argument before the Ninth Circuit in the

27

middle of next week in yet another, as well as being out of town this next weekend. That is,

28

1

plaintiff's counsel cannot complete the motion by October 4 and then will be out of town twice

over the next week, so the full week is requested.


Dated:    October 3, 2024                                /s/     *Jesse S. Kaplan*
                                                          JESSE S. KAPLAN
                                                          Attorney for Plaintiff


Dated:   October 3, 2024                                   */s/ per e-mail authorization*

                                                          JUSTIN L. MARTIN
                                                          Special Assistant U.S. Attorney
                                                          Attorney for Defendant


## **ORDER**

        For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file plaintiff's motion for summary judgment is extended to October 11, 2024.

IT IS SO ORDERED.


Dated:    October 4, 2024            _____
                                     JEREMY D. PETERSON
                                     UNITED STATES MAGISTRATE JUDGE