PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMMARNAZEM ALJONIDI,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:24-cv-01403-JDP<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from November 12, 2024 to December 12, 2024. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because Defendant's counsel is having difficulty accessing restricted ECF documents, and needs additional time to review and respond to Plaintiff's brief.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before December 12, 2024;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before December 26, 2024).

Respectfully submitted,

DATE: November 5, 2024

*/s/ Jesse S. Kaplan*  *
JESSE S. KAPLAN
Attorney for Plaintiff
(* approved via email on 11/5/24)

PHILLIP A. TALBERT
United States Attorney

DATE: November 5, 2024         By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:    November 6, 2024                     _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2